IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MELISSA HALSTEAD,

    Plaintiff,

v.                                          CIVIL ACTION NO. 5:12-cv-0190
                                                    (Judge Irene C. Berger)

GE MONEY BANK,
a Federal Savings Bank,

    Defendant.

## JOINT MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) and LR Civ. P. 7.1 Plaintiff Melissa Halstead and Defendant GE Money Bank n/k/a GE Capital Retail Bank (collectively, the "Parties"), by their respective counsel, jointly move the Court for the entry of an Order dismissing the above-captioned civil action, with prejudice. In support of this Motion, the Parties hereby notify the Court that the claims and defenses asserted in this civil action have been mutually compromised and settled, with the Parties bearing their own costs and attorney fees.

WHEREFORE, Plaintiff Melissa Halstead and Defendant GE Money Bank n/k/a GE Capital Retail Bank respectfully request that this Court enter an Order dismissing the instant civil action, with prejudice. Furthermore, Plaintiff Melissa Halstead and Defendant GE Money Bank n/k/a GE Capital Retail Bank respectfully request the Court make any further such relief which the Court deems just and appropriate to avoid unnecessary costs or delay.

PRESENTED AND SUBMITTED BY:

_Paul Roop (with permission - ZBM)_
Paul W. Roop, II (WVSB # 5406)
ROOP LAW OFFICE, LC
P. O. Box 1145
Beckley, WV 25801
Tel: (304) 255-7667
Fax: (304) 256-2295
paulroop@rooplawoffice.com
   *Counsel for Plaintiff*


_/s/ Bryant J. Spann_
Bryant J. Spann (WVSB # 8628)
Zackary B. Mazey (WVSB # 10027)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25333-3394
Tel: 304.414.1800
   *Counsel for Defendant*