IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MELISSA HALSTEAD,

    Plaintiff,

v.	CIVIL ACTION NO. 5:12-cv-0190
    (Judge Irene C. Berger)

GE MONEY BANK,
a Federal Savings Bank,

    Defendant.

## ORDER OF DISMISSAL

On this day came Plaintiff Melissa Halstead and Defendant GE Money Bank n/k/a GE Capital Retail Bank and jointly moved this Court pursuant to Fed. R. Civ. P. 41(a)(2) for entry of an Order dismissing the above-captioned civil action, with prejudice. For good cause and there being no objection, it is hereby ORDERED that the above-captioned civil action and all claims asserted by any of the foregoing parties be, and the same are, hereby DISMISSED WITH PREJUDICE and stricken from the docket of the Court, with each of the foregoing parties to bear their own costs and attorney fees.

It is further ORDERED that the Clerk shall provide certified copies of this Order to counsel of record.

ENTERED: February 28, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA